WILLIAM ALYEA et al., Appellants, *v.* THE CITIZENS' SAV-
INGS BANK, Impleaded with Others, Respondents.

*Alyea* v. *Citizens' Savings Bank,* 12 App. Div. 574, affirmed.
(Argued February 6, 1900; decided February 27, 1900.)

APPEAL from a final judgment of the Supreme Court,
entered January 15, 1897, upon an order of the Appellate
Division of the Supreme Court in the first judicial department,
affirming an interlocutory judgment sustaining a demurrer to
the complaint, entered upon a decision of the court on trial at
Special Term.

*Hector M. Hitchings* for appellants.

*John Alex Beall* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LAN-
DON, CULLEN and WERNER, JJ.

---

ELLEN B. PARTRIDGE, Respondent, *v.* MILWAUKEE MECHANICS'
INSURANCE COMPANY, Appellant.

*Partridge* v. *Milwaukee M. Ins. Co.,* 13 App. Div. 519, affirmed.
(Argued February 6, 1900; decided February 27, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 4, 1897, affirming a judgment in favor of plain-
tiff entered upon the report of a referee.

*Adelbert Moot* for appellant.

*William S. MacDonald* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON,
CULLEN and WERNER, JJ.